# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY B. RIVERS and ALEXANDER J. RIVERS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

Case No.: 5:15-cv-00237-FL

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

**THIS MATTER**, having come before the Court on Defendant, Liberty Mutual Fire Insurance Company's ("Liberty Mutual"), Motion to Dismiss Plaintiffs' Second Claim for Relief (Doc. No. 7) for bad faith conduct;

**AND THE COURT**, having reviewed the motion, the memorandum of law filed by Liberty Mutual in support of the motion, and the Plaintiffs' response and consent to the motion, is of the opinion that Liberty Mutual's Motion to Dismiss should be granted;

**IT IS, THEREFORE, HEREBY ADJUDGED AND ORDERED** that Liberty Mutual's Motion to Dismiss Plaintiffs' Second Claim for Relief is hereby **GRANTED** such that the Plaintiffs' Second Claim for Relief in their Complaint is dismissed with prejudice.

This the  8th   day of July, 2015.

_____
The Honorable Louise W. Flanagan
United Stated District Judge
Eastern District North Carolina